IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S.D.W., A MINOR<br>BY HER P/N/G JULIA NAYLOR<br>    Plaintiff | :<br>:<br>:<br>: |
| v. | :    CIVIL ACTION No. 12-04068<br>: |
| CAROLYN COLVIN,[1]<br>Commissioner of Social Security,<br>    Defendant | :<br>:<br>: |

### ORDER

AND NOW, this 15th day of May, 2013, upon independent review of the brief in support of review filed by Plaintiff, Defendant's response thereto, (Doc. Nos. 11, 12), and the administrative record, and after careful consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. Plaintiff's "Motion for Remand" is **GRANTED**;

3. The final decision of the Commissioner denying disability benefits to Plaintiff is **VACATED**; and

4. The matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

BY THE COURT:

/s/ Legrome D. Davis

LEGROME D. DAVIS,            J.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).